UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRECISION BIOSERVICES, INC. D/B/A PRECISION FOR MEDICINE,<br><br>Plaintiff,<br><br>v.<br><br>CORE INFORMATICS, LLC,<br><br>Defendant. | Civ. A. No.: 3:19-cv-01722-VLB<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>August 18, 2020 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions Fed. R. Civ. P. 41(a)(1)(A) and Fed. R. Civ. P. 41(c), the parties through their undersigned counsel hereby stipulate to dismissal of the above captioned action, inclusive of all claims and counterclaims, with prejudice and without costs or fees to any party.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| Precision Bioservices, Inc., d/b/a Precision for Medicine<br>By: /s/ Sean Rose<br>Sean Rose (pro hac vice)<br>Christian J. Jensen (pro hac vice)<br>OlenderFeldman LLP<br>422 Morris Ave<br>Summit, New Jersey 07901<br>Tel.: 908-964-2485<br>Fax: 908-810-6631<br>cjensen@olenderfeldman.com<br>srose@olenderfeldman.com<br><br>**Counsel for Plaintiff Precision Bioservices, Inc. d/b/a Precision Medicine** | Core Informatics, LLC<br>By: /s/ Thomas J. Rechen<br>Thomas J. Rechen (ct03385)<br>Jessica D. Solotruk (ct30894)<br>McCarter & English, LLP<br>CityPlace I<br>185 Asylum Street<br>Hartford, Connecticut 06103<br>Tel: 860-275-6700<br>Fax: 860-724-3397<br>trechen@mccarter.com<br>jsolotruk@mccarter.com<br><br>**Counsel for Defendant Core Informatics, LLC** |